JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GLENN LEE EDGMON, ) | |
| ) | |
| Plaintiff, ) | Case No. SACV 16-519 AJW |
| ) | |
| v. ) | |
| ) | |
| NANCY A. BERRYHILL, ) | J U D G M E N T |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**IT IS ADJUDGED** that defendant's decision is affirmed.

March 8, 2017

_____
ANDREW J. WISTRICH
United States Magistrate Judge